UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:    Ada I. Guerra                                              Case No: 13-18331-AJC
                                                                     Chapter 13


_____Debtor_____/


**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent to all interested parties on June 26, 2013 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtor, Ada I. Guerra
3118 NW 43 Street
Miami, FL 33142

Franklin Credit Management Corporation
101 Hudson Street
25th Floor
Jersey City, NJ 07302

Via Certified Mail:

Franklin Credit Management Corporation
c/o Thomas J. Axon, President
101 Hudson Street
25th Floor
Jersey City, NJ 07302

                Respectfully Submitted:

                **ROBERT SANCHEZ, P.A.**
                Attorney for Debtor
                355 West 49th Street
                Hialeah, FL 33012
                Tel. 305-687-8008

                By:*/s/ Robert Sanchez*_____
          Robert Sanchez, Esq., FBN#0442161

Case 13-18331-AJC    Doc 21    Filed 06/26/13    Page 3 of 3