# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### FIRST AMENDED PLAN

DEBTOR: Ada I. Guerra          JOINT DEBTOR: _____          CASE NO.: 13-18331-AJC
Last Four Digits of SS# __3327__     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $150.00 for months _1_ to _36_; in order to pay the following creditors:

Administrative: Attorney's Fee - $3,650.00+$750.00 (Motion to Value)=$4,400.00 TOTAL PAID $1,800.00
        Balance Due   $ _2,600.00_ payable $_130.00_/month (Months _1_ to _20_)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. __NONE_____          Arrearage on Petition Date   $_____
Address: _____     Arrears Payment   $_____/month (Months _____ to _____)
_____     Regular Payment   $_____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Franklin Credit Management (Loan No.XXXX8185) | Homestead: 3118 NW 43 Street, Miami, FL 33142<br>$ 36,000.00 | 0% | None | None | None |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. __NONE_____   Total Due $_____
                        Payable   $_____/month (Months____ to ____) Regular Payment $__

Unsecured Creditors: Pay $ _5.00_/month (Months _1_ to _20_);  Pay $_135.00_/month (Months _21_ to _36_). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : Debtor is paying Bank of America directly outside the plan. The debtor will provide copies of her income tax returns to the Chapter 13 Trustee on or before May 15 during the pendency of the plan. The debtor will amend Schedule I and J and modify the plan if necessary

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Ada_____          _____
Debtor, Ada I. Guerra                                Joint Debtor
Date: _6/26/2013_                                    Date: _____

LF-31 (rev. 01/08/10)